**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/23

| | |
|---|---|
| COOPER CONLEY, on behalf of himself and all others similarly situated, | |
| Plaintiff, | **23 Civ. 5962 (VM)** |
| - against - | |
| FORDHAM UNIVERSITY, | |
| Defendant. | |

| | |
|---|---|
| HENRY WALLACE, on behalf of himself and all others similarly situated, | **23 Civ. 8236 (VM)** |
| Plaintiff, | **ORDER** |
| - against - | |
| FORDHAM UNIVERSITY, | |
| Defendant. | |

**VICTOR MARRERO, United States District Judge.**

The parties jointly request consolidation of these two cases pursuant to Federal Rule of Civil Procedure 42. (See Dkt. No. 10 in No. 23 Civ. 5962.) The request is **GRANTED**. The Clerk's Office is hereby respectfully directed to terminate all pending motions in both actions and to consolidate the two actions. The plaintiffs shall file a consolidated complaint in the consolidated action within fourteen (14) days of the docketing of this Order. The defendant shall answer or otherwise respond to the consolidated complaint

1

within twenty (20) days of the filing of the consolidated complaint.

Further, the plaintiffs seek leave to move for the appointment of Leeds Brown Law, P.C., and Lynch Carpenter, LLP as interim class counsel. (See id.) Leave is hereby **GRANTED**. After these actions are consolidated, plaintiffs shall move by letter motion for the appointment of the firms as interim class counsel and indicate whether the defendant consents to the same.

**SO ORDERED.**

Dated:   19 October 2023
         New York, New York

_____
Victor Marrero
U.S.D.J.