USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/23/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

COOPER CONLEY and HENRY WALLACE, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiffs,

-against-

FORDHAM UNIVERSITY,

                    Defendant.

23-CV-05962 (MMG)

**NOTICE OF REASSIGNMENT**

---

MARGARET M. GARNETT, United States District Judge:

    This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

    Per Judge Marrero's prior directive, the parties are to submit a joint status letter by **March 1, 2024**, advising the Court on the status of any settlement discussions and whether the Defendant still contemplates the filing of a motion to dismiss.

Dated: February 23, 2024
       New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge