**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
COOPER CONLEY and HENRY WALLACE, on
Behalf of Themselves and All Others Similarly
Situated,

                 Plaintiffs,

    -against-                                   23 **CIVIL** 5962 (MMG)

                                            **JUDGMENT**

FORDHAM UNIVERSITY,

                 Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion & Order dated May 12, 2025, the Court GRANTS Fordham's

motion to dismiss and shall decline to exercise jurisdiction under CAFA, pursuant to the interests

of justice exception. Nothing in the Court's ruling goes to the merits of the asserted claims or the

ability of Plaintiffs, if they choose, to file this action in another court; accordingly, the case is

closed.

**Dated:** New York, New York

      May 12, 2025

                                                      **TAMMI M HELLWIG**

                                    _____
                                            **Clerk of Court**

                        **BY:**     _____
                                             **Deputy Clerk**